*Pelzel, Petitioner, v. Nationstar Mortg., LLC, et al., Respondents*, No. 91789-2. Petition for review of a decision of the Court of Appeals, No. 43294-3-II, March 24, 2015, 186 Wn. App. 1034. *Denied* November 18, 2015.

*State, Petitioner, v. Jones, Respondent*, No. 89321-7. Petition for review of a decision of the Court of Appeals, No. 41902-5-II, June 4, 2013, 175 Wn. App. 87. Petitioner's petition for review *granted* and respondent's request for review *granted* December 2, 2015.

*State, Respondent, v. Youell, Petitioner*, No. 90678-5. Petition for review of a decision of the Court of Appeals, No. 72034-1-I, July 28, 2014, 182 Wn. App. 1040. *Granted on a specific issue* and *remanded* to the Superior Court December 2, 2015.

*State, Respondent, v. Thomas, Petitioner*, No. 91437-1. Petition for review of a decision of the Court of Appeals, No. 44445-3-II, February 18, 2015, 185 Wn. App. 1058. *Granted on a specific issue* and *remanded* to the Superior Court December 2, 2015.

*Clark County, Respondent, v. McManus, Petitioner*, No. 91963-1. Petition for review of a decision of the Court of Appeals, No. 72437-1-I, June 8, 2015, 188 Wn. App. 228. *Granted* December 2, 2015.

*Deggs, Petitioner, v. Asbestos Corp. et al., Respondents*, No. 91969-1. Petition for review of a decision of the Court of Appeals, Nos. 71297-7-I and 71550-0-I, June 22, 2015, 188 Wn. App. 495. *Granted* December 2, 2015.

*New Cingular Wireless, Respondent, v. City of Clyde Hill, Petitioner*, No. 91978-0. Petition for review of a decision of the Court of Appeals, No. 71626-3-I, April 20, 2015, 187 Wn. App. 210. *Granted* December 2, 2015.